July 7, 1975.

M. P. No. 75-187. LAWRENCE N. ALTMAN *et ux. v.* SCHOOL COMMITTEE OF TOWN OF SCITUATE. Petition for writ of certiorari is granted, and the writ may issue forthwith. The stay of the decision and order of the Board of Regents previously granted is vacated. The matter is specially assigned to the October 1975 calendar for oral arguments. The brief for the petitioner shall be filed by August 18, 1975, and the brief for the respondents shall be filed by September 8, 1975. *Julius C. Michaelson,* Attorney General, *Ronald A. Dwight,* Special Asst. Attorney General, *Natale L. Urso,* for petitioner. *John Gorham, Stacy E. Wolfe,* for respondent.

July 14, 1975.

M. P. No. 74-72. APPEAL No. 74-303. THOMAS W. HEMENWAY *v.* CHERYL L. HEMENWAY. Petition for reargument denied. Motion for stay of mandate of the court pending reargument is denied. Joslin, J. not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Robert M. Silva, Joseph R. Palombo, Jr.,* for petitioner-appellant. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent-appellee.

M. P. No. 74-121. STATE *v.* RUSSELL R. KEEGAN, JR. Motion for reconsideration denied. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for petitioner. *J. Joseph Nugent, Jr.,* for respondent.

M. P. No. 74-320. VICTOR D. WALKA *v.* FRANK BESTWICK, JR. VICTOR D. WALKA *v.* WILLIAM COLLINS. Petition to reargue denied. *Letts, Quinn & Licht, Jerome B. Spunt, Daniel J. Murray,* for petitioner. *Alan H. Pearlman,* for respondent.

M. P. No. 75-137. MICHAEL O. MASSEY *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus and the papers herein are remanded to the Superior Court with direction that said court proceed to hold an evidentiary hearing to determine